UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA MCINTYRE,<br><br>Defendant. | Case No. CR15-006RSL<br><br>ORDER DENYING MOTION FOR TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's "Motion for Termination of Supervised Release." Dkt. # 6. Having reviewed defendant's memorandum and exhibits, the input from Unites States Probation, and the remainder of the record, the Court DENIES defendant's motion.

On September 17, 2010, defendant pleaded guilty to one count of distribution of five or more grams of methamphetamine. Dkt. # 4. Defendant was sentenced by the Hon. Justin Quackenbush in the Eastern District of Washington to 71 months imprisonment followed by ten years of supervised release. Id.

ORDER DENYING MOTION
FOR TERMINATION OF
SUPERVISED RELEASE - 1

After being released from prison in January 2014, defendant began her term of supervision in July of that year. Her supervised release term was transferred to this district. Since her release, defendant has lived with her sister, with whom she has a positive relationship. Defendant has stayed sober, and she has also worked to become a licensed esthetician.

The Court may terminate a period of supervised release after one year "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). When deciding whether to terminate supervised release, the Court "enjoys discretion to consider a wide range of circumstances." United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014).[1]

The Court finds that termination of supervised release is not warranted at this time. The United States Probation Office cites concerns with defendant's lack of financial stability and her lack of support beyond her family, and the Court agrees. The Court commends defendant for all of her progress and encourages her to continue taking positive steps in her life while she remains under supervision.

For all of the foregoing reasons, defendant's motion is DENIED.

---

[1] In making this determination, the Court considers the following: the nature and circumstances of the offense and the history and characteristics of the defendant; the need for the sentence imposed to afford adequate deterrence, to protect the public, and to provide the defendant with needed training, medical care, or other treatment in the most effective manner; relevant guidelines or policy statements issued by the Sentencing Commission; the need to avoid unwarranted sentence disparities among similarly situated defendants; and the need to provide restitution to any victims. 18 U.S.C. § 3583(e); id. § 3553(a).

DATED this 27th day of November, 2017.

*MrT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR TERMINATION OF
SUPERVISED RELEASE - 3